IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:09-cr-89 |
| vs. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| Tyrone Gregory Jones, | ) | |
| | ) | |
| Defendant. | ) | |

On October 19, 2011, Tyrone Jones appeared for an initial appearance on a petition seeking modification or revocation of his supervised release. The petition alleges that defendant violated the terms of his supervised release by failing to comply with his electronic monitoring schedule and by being cited for domestic assault by the Fargo Police Department. The government moved for detention and a detention hearing was held on October 21, 2011.

At the detention hearing the government and the defendant agreed that defendant would be placed at Centre, Inc. pending resolution of the petition. They further agreed that resolution of the petition should be held in abeyance pending completion of the state charge. The Probation Officer recommended that the defendant's conditions of supervised release be modified to include a placement at Centre, Inc. pending resolution of the petition, and the parties agreed. The Magistrate Judge finds the agreement appropriate. Accordingly, it is **RECOMMENDED** that:

    1)    The terms of defendant's supervised release be modified to require that defendant reside at Centre, Inc. pending resolution of the petition seeking modification or revocation of defendant's supervised release; and

    2)    Resolution of the petition seeking modification or revocation of defendant's

supervised release be held in abeyance pending final resolution of defendant's state charge.

Both parties have waived their right to object to this recommendation. An order may be entered on the report and recommendation immediately.

Dated this 21st day of October, 2011.

                                                                                */s/ Karen K. Klein*
                                                                                Karen K. Klein
                                                                                United States Magistrate Judge