IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-cr-89-02 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Tyrone Gregory Jones, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Tyrone Gregory Jones' supervised release be modified and that final resolution of the petition seeking modification or revocation of supervised release be stayed (Doc. #199). The parties have waived their right to object to the report.

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein,

(1) The terms of Jones' supervised release are modified to require him to reside at Centre, Inc. pending resolution of the petition, and

(2) Final resolution of the petition is hereby stayed pending resolution of Jones' state charge.

**IT IS SO ORDERED.**

Dated this 21st day of October, 2011.

*/s/ Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court